LAWLOR & ENGLERT, LLC

*Attorneys at Law*

*Michael E. Lawlor*
*lawlor@lawlor-englert.com*

*Sicilia Chinn Englert*
*senglert@lawlor-englert.com*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2005 APR -4  P 12: 54

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

April 1, 2005

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

    I wrote to you this week requesting 45 days within which to file a Supplemental Memorandum of Law in the above captioned case. In that letter, I inadvertently put the date that Supplement would be filed by as April 16. Obviously, we were asking that our Supplement be filed no later than May 16, 2005, 45 days from the date of the letter. I apologize for the inconvenience.

    Thank you for your consideration of this matter.

Sincerely,

Michael E. Lawlor

cc:   Ann Bosse, Esq.
      Office of the Attorney General

# LAWLOR & ENGLERT, LLC

*Attorneys at Law*

*Michael E. Lawlor*
*lawlor@lawlor-englert.com*

*Sicilia Chinn Englert*
*senglert@lawlor-englert.com*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2005 APR -4 P 12: 54

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

March 30, 2005

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

Per this Court's Order dated February 14, 2005, appointing this firm as counsel for Louis Batty in the above captioned matter, please treat this letter as the status report the Court requested. Upon our review of the record, including the trial and post-conviction transcripts, exhibits, and other documents, as well as our visit with Mr. Batty, we believe that additional fact investigation and meetings with prior counsel are necessary. Accordingly, we propose that within 45 days, or by April 16, 2005, we will file a Supplemental Memorandum of Law. If amendment of the Petition is required, we will include any additional issues within our Supplement. We will also address at that time, as necessary, whether a hearing, expansion of the record, and/or further briefing is necessary.

Thank you for your attention to this matter. If you require additional information, please contact us.

Sincerely,

Michael E. Lawlor

cc:    Ann Bosse, Esq.
       Office of the Attorney General