# LAWLOR & ENGLERT, LLC
*Attorneys at Law*

*Michael E. Lawlor*
lawlor@lawlor-englert.com

*Sicilia Chinn Englert*
senglert@lawlor-englert.com

May 10, 2005

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

In my letters of March 30, 2005 and April 1, 2005, we proposed that we would file a Supplemental Memorandum of Law by May 16, 2005. Our fact investigation, however, is not complete and we are still gathering documents in the case. We have had regular contact with Mr. Batty and his family and Mr. Batty is aware of the course of our investigation. Furthermore, I was recently appointed to represent the defendant in complex fraud case, *United States v. Teresa Hodge*, Case No. RWT 03-133, with trial scheduled for May 24, 2005. Trial in that case is expected to last three or four weeks.

Because of the need to locate additional witnesses and records, as well as other commitments, we request an extension of time in which to file the supplemental memorandum. We request an additional 60 days, or until July 15, 2005, in which to file the supplemental memorandum. I have discussed this request with Ann Bosse, Esquire, Assistant Attorney General, counsel for Respondents. Ms. Bosse has authorized me to state that Respondents do not object to this request for a continuance.

Thank you for your attention to this matter. If you require additional information, please contact us.

Sincerely,

Michael E. Lawlor

cc:   Ann Bosse, Esq.

Approved
5/13/05