# LAWLOR & ENGLERT, LLC
*Attorneys at Law*

Michael E. Lawlor
lawlor@lawlor-englert.com

Sicilia Chinn Englert
senglert@lawlor-englert.com

July 11, 2005

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

Per the Memorandum Opinion of this Court dated February 14, 2004, as well as prior extensions of time that the Court has granted, our Supplemental Memorandum of Law is due to be filed in the above-captioned case on July 15, 2005. We write to request one final short continuance, until July 29, 2005, to file our Supplemental Memorandum. We have recently been advised by the Office of the Public Defender that they have located Mr. Batty's state court file. We had previously and unsuccessfully attempted to locate the file through OPD's Collateral Review division, only to find out recently that the file was in the possession of the OPD's Innocence Project. The file is to be shipped to us this week and we would like to review the file prior to filing our pleading in this Court.

I have discussed this request with Edward J. Kelly, Esquire, Assistant Attorney General, counsel for Respondents. Mr. Kelly has authorized me to state that Respondents do not object to this request for a continuance.

Thank you for your attention to this matter. If you require additional information, please feel free to contact us.

Sincerely,

Michael E. Lawlor

cc: Edward J. Kelly, Esq.

**SCANNED**