IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOUIS BATTY, #507566 | * |
| Petitioner | * |
| v. | *   CIVIL ACTION NO. JFM-03-335 |
| JAMES V. PEGUESE, WARDEN, et al. | * |
| Respondents | * |

\* \* \* \* \*

NOTICE OF SUBSTITUTION OF COUNSEL FOR RESPONDENTS

Please substitute Assistant Attorney General, Edward J. Kelley, Bar. No. 27039, for former Assistant Attorney General, Ann. N. Bosse, as counsel for Respondents in the above-captioned case. I certify that I am admitted to practice in this court.

Respectfully submitted,

J. JOSEPH CURRAN, JR.
Attorney General of Maryland

/s/
EDWARD J. KELLEY
Assistant Attorney General
Bar No. 27039

Office of the Attorney General
Criminal Appeals Division
200 Saint Paul Place
Baltimore, Maryland  21202
(410) 576-7964 (telephone)
(410) 576-6475 (telecopier)
ekelley@oag.state.md.us

Counsel for Respondents

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2005, a copy of the foregoing Notice of Substitution of Counsel, which was electronically filed on July 28, 2005, was mailed, first class, postage prepaid, to Michael E. Lawlor, Esquire, Lawlor & Englert, LLC, 6305 Ivy Lane, Suite 704, Greenbelt, Maryland 20770.

/s/
EDWARD J. KELLEY
Assistant Attorney General