# EXHIBIT A



**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**

December 14, 1994

TO:       Captain Howard F. Parrott
          Commanding Officer
          Crimes Against Persons Section

FROM:     Detective   Oscar L. Requer
          Homicide Unit

SUBJECT:  Homicide/Shooting
          Maurice Luvelle Booker, B/M/█████████
          ████████████████████

          Occ: 13 December 1994 @2044 hours
               4700 Block Beaufort Avenue (inside a car)
          CC#94-6L-8314   H94-312

Sir:

Synopsis:

Northwestern District Officers responding to a call for gunshots in the 4700 block of Beaufort Avenue, observes in the intersection of Lucille and Beaufort Ave a white Nissan 300 ZX. In the drive seat was a black male bleeding from multiple gunshot wounds. An ambulance was summoned and he was pronounced dead by responding paramedics.

Notification Of Incident:

At 2048 hours this date (12/13/94) police radio dispatcher ████ requested a Homicide Unit for a serious shooting possible homicide at 4709 Beaufort Avenue. Unit ████ manned by Detective Requer was dispatched and upon his arrival seeing it was a homicide assumed the investigation.

page-2-
office report
Maurice Luvelle Booker

### Victim:

The victim in this offense was identified as Maurice Luvelle Booker, Aka "Chink" B/M/ ███████████████████. He was observed lying across the front passenger seat, from a seated position, driver side of his vehicle a white Nissan. He was clad in a white sheep skin waist length jacket, green sweat shirt, jeans and tennis shoes. He sustained gunshots wounds to his head, left arm and left upper chest area. His wounds correspond to the holes in his outer clothing, i.e jacket, sweat shirt. C.R.T Crieelsman of Medic ██ pronounces the victim dead at the 2047 hours

### Crime Scene:

The crime scene is located inside the above described automobile. It was observed in the intersection of Beaufort and Lucille Ave, with its right front resting against the left front of a car parked in front of 4709 Beaufort. The keys were in the ignition, engine running and the lights were on. Bullet holes are noted in the hood, the front windshield and the right front door. The left door window, is completely shattered. Recovered from the street near the intersection, were (6) six 45 caliber casing and one copper jacketed bullet. The scene was photographed and sketched by Technician Height, who also recovered and submitted the physical evidence at the scene.

### First Officer's Report

Officer David DeVincentz, Unit ██████ was dispatched to the 4700 block of Beaufort ave for gunshots. Upon his arrival in the area he observed a vehicle in the intersection of Beaufort and Lucille Ave with its engine running and lights on. In the driver seat was a black male unconscious and bleeding from multiple gunshot wounds. Responding paramedics from Medi██████ pronounced the victim dead on the scene. The Officer secure the crime scene and notified Homicide Unit.

### Witnesses:

The victim ████████████████████████████

The ██████ stated two men walked to the front of their car and began shooting. They the (males) ran to the driver side of the vehicle and continued firing.

page-3-
office report
Maurice Luvell Booker

**Suspects:**

    Two black males wearing all black, N.F.D.

**Weapon:**

    45 caliber automatic

**Follow-Up Investigation:**

It has been established via interviews that the victim was a mid-level drug trafficker, who dealt exclusively, in and near the surrounding area where he was killed. There is some speculation as to the motive for him being killed. ████████████

████████ Of the people interviewed regarding this offense, none witnessed the actual homicide ████████████

Any and all information received or developed during this investigation will be investigation.

    Respectfully

    Detective Oscar L. Requer