IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOUIS BATTY, | * |
| Petitioner | * |
| v. | *  Civil No.  JFM-03-335 |
| JAMES V. PEGUESE, WARDEN, et al. | * |
| Respondents | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Petitioner's Request for Discovery in a Habeas Case, as well as Petitioner's Petition for a Writ of Habeas Corpus and the Supplement thereto, good cause having been shown, it is this _____ day of _____, 2005, by the United States District Court for the District of Maryland,

ORDERED, that the Request for Discovery is granted; and it is further

ORDERED, that counsel for Respondents shall make the items listed in Petitioner's Request for Discovery available for inspection by counsel for Petitioner within 60 days of the date of this Order.



Judge J. Frederick Motz

