# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF  
J. FREDERICK MOTZ  
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET  
BALTIMORE, MARYLAND 21201  
(410) 962-0782  
(410) 962-2698 FAX

August 2, 2005

MEMO TO COUNSEL RE: Louis Batty v. James V. Peguese, et al.  
Civil No. JFM-03-335

Dear Counsel:

 A scheduling conference will be held at 9:30 a.m. on August 23, 2005. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

 Please contact one another prior to the conference in order to ensure that everyone has received this electronic notification.

 The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Very truly yours,

/s/

J. Frederick Motz  
United States District Judge