IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS BATTY,                 *

    Petitioner             *

                                                   CIVIL ACTION NO. JFM-03-335

v.                             *

JAMES V. PEGUESE, WARDEN, et al., *

    Respondents        *

                          *   *   *   *   *

<u>ORDER</u>

The foregoing Request for Discovery In a Habeas Corpus Case, having been read and considered, it is this _____ day of _____, 2005, by the United States District Court for the District of Maryland,

ORDERED, that the request for discovery is DENIED.

                                                                            _____
                                                                            United States District Judge