**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 23, 2005

MEMO TO COUNSEL RE: Louis Batty v. James V. Peguese, et al.
Civil No. JFM-03-335

Dear Counsel:

     This will confirm that another scheduling conference will be held at 8:30 a.m. on October 5, 2005. If you wish to participate in the scheduling conference by telephone, please call my chambers to make the necessary arrangements.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge