UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 17, 2005

MEMO TO COUNSEL RE: Louis Batty v. James V. Peguese, et al.
Civil No. JFM-03-335

Dear Counsel:

The follow-up status conference scheduled for November 9, 2005 at 8:45 a.m. will be held on November 9, 2005 at 9:15 a.m.

I ask counsel for plaintiff to initiate the call.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge