## Lawlor & Englert, LLC

6305 Ivy Lane
Suite 704
Greenbelt, Maryland 20770
301.474.3404
301.474.3406 (fax)

January 19, 2005

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

     Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

     Per prior Order of Court, Mr. Batty's Supplemental Memorandum of Law incorporating additional discovery provided by the State is due to be filed in the above-captioned case on January 20, 2006. Because of time conflicts in other cases, counsel for Mr. Batty have not yet had the opportunity to review the additional discovery last provided to us by the State on December 27, 2005. We request, therefore, a continuance of 30 days or until February 21, 2006, to file our Supplemental Memorandum.

     I have discussed this request with Edward J. Kelly, Esquire, Assistant Attorney General, counsel for Respondents. Mr. Kelly has authorized me to state that Respondents do not object to this request for a continuance.

     Thank you for your attention to this matter. If you require additional information, please feel free to contact us.

                              Sincerely,

                              /S

                              Michael E. Lawlor

cc:    Edward J. Kelly, Esq.