J. JOSEPH CURRAN, JR.  
**Attorney General**



DONNA HILL STATON  
**Deputy Attorney General**

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.

(410) 576-6475

WRITER'S DIRECT DIAL NO.

(410) 576-7964

February 21, 2006

The Honorable J. Frederick Motz  
United States District Court  
 for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland  21201

               Re:  *Batty v. Peguese, et al.*  
                   Civil Action No. JFM-03-335

Dear Judge Motz:

    This letter serves as notice that, on February 21, 2006, Respondents, by undersigned counsel, sent to counsel for Batty, by facsimile, the two pages of additional discovery previously identified.

                             Very truly yours,

                             /s/  
                             Edward J. Kelley  
                             Assistant Attorney General  
                             Bar No. 27039

EJK