J. JOSEPH CURRAN, JR.  
**Attorney General**



DONNA HILL STATON  
**Deputy Attorney General**

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.

(410) 576-6475

WRITER'S DIRECT DIAL NO.

(410) 576-7964

April 7, 2006

The Honorable J. Frederick Motz  
United States District Court  
 for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland 21201

        Re:  *Batty v. Peguese, et al.*  
             Civil Action No. JFM-03-335

Dear Judge Motz:

    This letter serves as notice that, on April 7, 2006, Respondents, by undersigned counsel, sent to counsel for Batty, documents requested by Batty in his supplemental request for discovery.

                  Very truly yours,

                  /s/  
                  Edward J. Kelley  
                  Assistant Attorney General  
                  Bar No. 27039

EJK