# Lawlor & Englert, LLC

6305 Ivy Lane
Suite 704
Greenbelt, Maryland 20770
301.474.3404
301.474.3406 (fax)


April 14, 2006

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

    We are in receipt of the discovery materials provided by Mr. Kelly, counsel for Respondents. We have also ordered transcripts of proceedings relating to Mr. Gaskins' criminal case in the Circuit Court for Baltimore County. We expect to receive those transcripts in the next week and will then be in a position to file our Supplemental pleading relating to the *Brady*. We certainly hope to file that pleading within the next 30 days and will keep you appraised of our progress.

    Thank you for your attention to this matter.


                                                     Sincerely,

                                                     /S

                                                     Michael E. Lawlor

cc:    Edward J. Kelly, Esq.