## Lawlor & Englert, LLC

6305 Ivy Lane
Suite 704
Greenbelt, Maryland 20770
301.474.3404
301.474.3406 (fax)


May 15, 2006

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

  Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

  Please accept this letter as an update on our progress on the above-captioned case. We have been in regular contact withe the court reporter concerning the transcripts of proceedings relating to Mr. Gaskins' criminal case in the Circuit Court for Baltimore County. We expect to receive those transcripts in the next 30 days and will then be in a position to file our Supplemental pleading relating to the *Brady*. Once we are in receipt of the transcripts we expect to be able to file our Supplemental pleading shortly thereafter. We will update you on the status of the case in 30 days.

  Thank you for your attention to this matter.


            Sincerely,

            /S

            Michael E. Lawlor

cc:  Edward J. Kelly, Esq.