## Lawlor & Englert, LLC

**6305 Ivy Lane**
**Suite 704**
**Greenbelt, Maryland 20770**
**301.474.3404**
**301.474.3406 (fax)**

June 27, 2006

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

    We are in receipt of the transcripts of Corey Gaskins's proceedings in his Baltimore County escape charge. With the Court's permission, we will file our final Supplemental pleading pertaining to the *Brady* issue, along with a request for hearing on the issue, within 30 days of the date of this letter.

    Thank you for your attention to this matter.

                                             Sincerely,

                                             /S

                                           Michael E. Lawlor

cc:    Edward J. Kelly, Esq.