## Lawlor & Englert, LLC

**6305 Ivy Lane**
**Suite 704**
**Greenbelt, Maryland 20770**
**301.474.3404**
**301.474.3406 (fax)**


July 26, 2006

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

Today we filed our Second Supplement to Mr. Batty's Petition for a Writ of Habeas Corpus. As the Court will see, the *Brady* issue is now ripe for the Court's consideration. While we believe that the pleadings and exhibits filed to date make an overwhelming showing that the State violated *Brady* in this case, if the Court so desires, we are fully prepared to proceed with an evidentiary hearing.

Thank you for your attention to this matter and thank you for your assistance and patience in this case.

Sincerely,

/S

Michael E. Lawlor

cc:   Edward J. Kelly, Esq.