

*Office of State's Attorney*
*Baltimore County*
*401 Bosley Avenue*
*Towson, Maryland 21204*
         (410) 887-6600
Fax  (410) 887-6646
MRS (800) 735-2258

Sandra A. O'Connor
State's Attorney

April 27, 1995

Janet Hankin
Baltimore City State's Attorney's Office
206 Clarence Mitchell, Jr. Court House
Baltimore, Maryland  21202

             Re:  <u>State v. Louis Batty</u>

Dear Ms. Hankin:

    I wanted to advise the Assistant State's Attorney that will handling the above case of information regarding a plea agreement.

    Corey Gaskins was charged with escape from home confinement in Baltimore County. His sentencing guidelines called for a sentence of four years to eight years.

    I offered Corey Gaskins the bottom of the guidelines. The defendant's attorney, Debra Michael, advised me that Corey Gaskins was an important identification witness in the Louis Batty murder trial in Baltimore City. I confirmed this information with homicide Detective Requer of the Baltimore City Police Department.

    I then offered and the defendant accepted, that we hold sentencing sub curia and after Gorey Gaskins testifies in the Louis Batty trial, the State will advise the sentencing judge of his cooperation.

    Please contact me if there are any questions regarding this plea. Further, please notify me when Corey Gaskins has testified in the Batty case. Thank you.

                              Sincerely,

                              ROBIN S. COFFIN
                              ASSISTANT STATE'S ATTORNEY
                              FOR BALTIMORE COUNTY

RSC/dmh



STATE OF MARYLAND

PARRIS N. GLENDENING
GOVERNOR

**OFFICE OF THE PUBLIC DEFENDER**
500 VIRGINIA AVENUE
TOWSON, MARYLAND 21204

*Ph. (410) 321-3727      Fax (410) 321-2212*

STEPHEN E. HARRIS
PUBLIC DEFENDER
(410) 767-8479

RONALD A. KARASIC
DEPUTY PUBLIC DEFENDER
(410) 767-8474

PHYLLIS D. K. HILDRETH
CHIEF COUNSEL, ADMINISTRATION
(410) 767-8471

THELMA J. THOMPSON
DISTRICT PUBLIC DEFENDER FOR
BALTIMORE COUNTY

July 13, 1995

The Honorable John Grason Turnbull, II
Circuit Court for Baltimore County
County Courts Building
401 Bosley Avenue
Towson, Maryland 21204

        Re:    State v. Corey Gaskins
                Case No. 95 CR 0729

Dear Judge Turnbull:

    Detective Oscar Requer, of Baltimore City Homicide, has advised me that the murder trial, in which Mr. Gaskins is the State's essential witness, has been postponed until September.

    If you are amenable, we can schedule this sentencing hearing for early October.

                                                               Respectfully,

                                                             Debra A. Michael
                                                             Assistant Public Defender
                                                             (410) 321-3129

cc:    Robin Coffin,
         Assistant State's Attorney

DAM/nnp