

*Office of State's Attorney*
*Baltimore County*
*401 Bosley Avenue*
*Towson, Maryland 21204*
*(410) 887-6600*
*Fax  (410) 887-6646*
*MRS  (800) 735-2258*

*Sandra A. O'Connor*
*State's Attorney*

November 17, 1995

Carolyn Saxon
Assistant State's Attorney for Baltimore City
206 Clarence Mitchell, Jr. Court House
Baltimore, Maryland 21202

      Re: State of Maryland vs. Corey Gaskins
         Case No. 95-CR-0729

Dear Ms. Saxon:

I was able to postpone the sentencing of the above case until February, 1996. Further, I advised the defendant that you agreed to allow the time he has served in Baltimore County, with Baltimore City detainers, to count as a credit for any additional time he may receive in the Baltimore City robbery case.

Good luck with your trial.

Sincerely,

ROBIN S. COFFIN
ASSISTANT STATE'S ATTORNEY

RSC/dmh
Gaskins/Coffin



*Office of State's Attorney*
*Baltimore County*
*401 Bosley Avenue*
*Towson, Maryland 21204*
    *(410) 887-6600*
*Fax  (410) 887-6646*
*MRS  (800) 735-2258*

*Sandra A. O'Connor*
*State's Attorney*

March 15, 1996

Carolyn Stark-Saxon
Assistant State's Attorney for Baltimore City
206 Clarence Mitchell, Jr. Courthouse
Baltimore, Maryland 21202

> Re: State of Maryland vs. Corey Gaskins
> <u>Case No. 95-CR-0729</u>

Dear Carolyn:

At this point, the sentencing on Corey Gaskins has been postponed pending the sentencing of your murder defendant. Would you please call me when your sentencing is complete. Further, if you could advise me of the status of Corey Gaskins robbery charge in Baltimore City I would appreciate it.

Sincerely,

ROBIN S. COFFIN
ASSISTANT STATE'S ATTORNEY

RSC/dmh
cc: Debra Michael
    Assistant Public Defender