J.T.

Please handle this disp for me.
The △ testified — very well in
a Balt City Murder. We have
been holding disp, so that
the City △ would be moved
out of City Jail. let the
△ go — //