IN THE CIRCUIT COURT
FOR BALTIMORE COUNTY, MARYLAND

**STATE OF MARYLAND**

**VERSUS**                    CASE No. 95-CR-0729

**COREY GASKINS**

_____/    May 14, 1996

REPORTER'S OFFICIAL TRANSCRIPT OF PROCEEDINGS

BEFORE: THE HONORABLE **JOHN GRASON TURNBULL, II**
          ASSOCIATE JUDGE
            Disposition

APPEARANCES:

On Behalf of the State:
   J.T. ASSISTANT STATE'S ATTORNEY

On Behalf of the Defendant:
   DEBORAH MICHAEL, ASSISTANT PUBLIC DEFENDER

REPORTED BY:
Kathleen Papesh
Official Reporter

2

```
 1                P R O C E E D I N G S
 2                    *   *   *   *
 3          MR. SMITH:  Calling State versus Corey
 4  Gaskins, 95-CR-0729.
 5          MS. MICHAEL:  Deborah Michael on behalf of the
 6  Defendant.
 7          MR. SMITH:  J.T. Smith on behalf of the State.
 8          MS. MICHAEL:  Your Honor, we are here for
 9  sentencing this morning.  We are prepared.
10          THE COURT:  All right.  When did he finish his
11  other sentence out here so I know when to start the
12  ninety day sentence?
13          MS. MICHAEL:  The Home Detention --
14          THE COURT:  I will do it anyway you want.
15          MS. MICHAEL:  That way the Detention Center
16  can calculate it correctly.
17          THE COURT:  Have you finished the other
18  sentence?
19      A.   Yes.
20          THE COURT:  When did you finish that?
21      A.   August 14.
22          THE COURT:  If I give him August 14, he has
23  served that time.
24          MS. MICHAEL:  Are you sure about that date?
25      A.   Yes.
```

```
1        THE COURT:  Mr. Gaskins, you understand what
2   the disposition and the agreement is in this case?  You
3   still have a right to add anything.  Anything you wish
4   to add?
5       A.   No.
6        THE COURT:  Mr. Smith, any comments?
7        MR. SMITH:  No, Your Honor.
8        THE COURT:  All right.  Ninety days to the
9   Baltimore County Detention Center accounting from
10  August 14, 1995.  Costs are waived and the fee to the
11  Public Defender's Office is waived.  This case is
12  closed.
13       MS. MICHAEL:  Thank you very much for your
14  endurance.
15       THE COURT:  He has ten days to ask for a new
16  trial.  Thirty days to take an appeal.  Ninety days to
17  ask me to reconsider.  I could not increase the
18  sentence, but I could reduce the sentence.
19                    *    *    *    *
20
21
22
23
24
25
```