To: Carolyn
Date: 9-14-95　　　Time: 3:27

**WHILE YOU WERE OUT**

M: Leslie Dobres
Of: State's Atty at Wabash
Phone: home no. 466-5345 / work no. 764-8727

| Telephoned | | Please Call | ✓ |
| Called To See You | | Will Call Again | |
| Wants To See You | | Rush | |

Message: Re: Corey Gaskins — Possession of a handgun —

She would like to know what you want her to do with the above mentioned case. Please call her at her home no after 8 pm