J. JOSEPH CURRAN, JR.  
**Attorney General**



DONNA HILL STATON  
**Deputy Attorney General**

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.

(410) 576-6475

WRITER'S DIRECT DIAL NO.

(410) 576-7964

July 31, 2006

The Honorable Frederick Motz  
United States District Court  
 for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland  21201

                Re:  *Batty v. Peguese, et al.*  
                    Civil Action No. JFM-03-335

Dear Judge Motz:

    On July 26, 2006, Respondents received the electronic filing of Petitioner Batty's counseled second supplement to petition for a writ of habeas corpus.  In the supplement Batty, relying on documents provided by Respondents through the court-ordered discovery, and on other documents he recently obtained, re-asserts his right to habeas relief based on an alleged *Brady* violation.  Also, on July 26, 2006, Batty, by separate letter to this Court, asserts that "the *Brady* issue is now ripe for the Court's consideration."

    Based on the prior teleconferences in this case, it was undersigned counsel's understanding that Respondents would be allowed to respond to the supplement filed by Batty after conclusion of the discovery process.  Such a response would be consistent with the Rules Governing 2254 Cases, given that the most recently filed pleading is styled as a supplement to Batty's original petition.  Undersigned counsel has discussed the matter with counsel for Batty, who stated that he has no objection to Respondents filing a response by September 8, 2006.

    Respondents therefore request that they be allowed to file a response to Batty's second supplemental petition for a writ of habeas corpus on or before September 8, 2006. A proposed order is attached for your convenience.

    Thank you for your consideration in this matter.

                                    Very truly yours,

                                    /s/
                                  Edward J. Kelley
                                  Assistant Attorney General
                                  Bar No. 27039

EJK
cc: Michael Lawlor, Esquire (with attachment)