IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS BATTY,                                *

    Petitioner                          *

                                                  CIVIL ACTION NO. JFM-03-335

v.                                          *

JAMES V. PEGUESE, WARDEN, et al.,    *

    Respondents                        *

                       *   *   *   *   *

## ORDER

It is this _____ day of August, 2006, by the United States District Court for the District of Maryland,

ORDERED, that Respondents may file a response to Petitioner Batty's second supplement to petition for a writ of habeas corpus on or before September 8, 2006.


_____
United States District Judge