UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 3, 2006

MEMO TO COUNSEL RE: Louis Batty v. James V. Peguese, et al.
Civil No. JFM-03-335

Dear Counsel:

I understand that Mr. Lawlor has now filed a 14-page supplemental petition with exhibits concerning the alleged deal given to Corey Gaskins in exchange for his testimony against Mr. Batty.

Please confer with one another and propose to me (on or before August 11, 2006, if possible) a schedule setting a deadline for the State to respond and a deadline for Mr. Lawlor's reply. I will, of course, approve any reasonable schedule you propose.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

cc: Kim Berger, Esq.