J. JOSEPH CURRAN, JR.
**Attorney General**



DONNA HILL STATON
**Deputy Attorney General**

# STATE OF MARYLAND
# OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.

**(410) 576-6475**

WRITER'S DIRECT DIAL NO.

**(410) 576-7964**

August 10, 2006

The Honorable J. Frederick Motz
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

Re:  *Batty v. Peguese, et al.*
Civil Action No. JFM-03-335

Dear Judge Motz:

Pursuant to this Court's correspondence dated August 3, 2006, counsel for Respondents and counsel for Petitioner Batty conferred and agreed to a briefing schedule.

Respondents' response to Petitioner Batty's supplemental petition will be filed on or before September 29, 2006.

Petitioner Batty's reply to that response will be due on or before October 13, 2006.

Very truly yours,

/s/

Edward J. Kelley
Assistant Attorney General
Bar No. 27039

EJK

cc: Michael Lawlor, Esquire