J. Joseph Curran, Jr.  
**Attorney General**



Donna Hill Staton  
**Deputy Attorney General**

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

Telecopier No.

(410) 576-6475

Writer's Direct Dial No.

(410) 576-7964

September 22, 2006

The Honorable J. Frederick Motz  
United States District Court  
 for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland  21201

Re:  *Batty v. Peguese, et al.*  
Civil Action No. JFM-03-335

Dear Judge Motz:

Pursuant to this Court's correspondence dated August 3, 2006, counsel for Respondents and counsel for Petitioner Batty conferred and agreed to a briefing schedule, whereby Respondents' response to Petitioner Batty's supplemental petitions for a writ of habeas corpus would be filed on or before September 29, 2006, and Petitioner Batty's reply to that response would be filed on or before October 13, 2006.

On September 21, 2006, counsel for Respondents conferred with counsel for Batty and asked that the briefing schedule be modified and counsel for Batty stated that he had no objection to the modification.  Pursuant to the revised briefing schedule, Respondents' response to Petitioner Batty's supplemental petitions will be filed on or before October 12, 2006.  Petitioner Batty's reply to that response will be filed on or before October 27, 2006.

Very truly yours,

/s/  
Edward J. Kelley  
Assistant Attorney General  
Bar No. 27039

cc: Mike Lawlor, Esquire