J. JOSEPH CURRAN, JR.
**Attorney General**



DONNA HILL STATON
**Deputy Attorney General**

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.

(410) 576-6475

WRITER'S DIRECT DIAL NO.

(410) 576-7964

October 11, 2006

The Honorable J. Frederick Motz
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

Re:  *Batty v. Peguese, et al.*
          Civil Action No. JFM-03-335

Dear Judge Motz:

By Paperless Order dated September 25, 2006, this Court approved a consent modification of the briefing schedule in the above-referenced case. Pursuant to the revised briefing schedule Respondents' response to Petitioner Batty's supplemental petitions was to be filed on or before October 12, 2006. Petitioner Batty's reply to that response was to be filed on or before October 27, 2006.

On October 10, 2006, counsel for Respondents conferred with counsel for Batty and asked that the briefing schedule be modified to provide Respondents with one additional week in which to file their response, and counsel for Batty stated that he had no objection to the modification. Pursuant to the revised briefing schedule, Respondents' response to Petitioner Batty's supplemental petitions will be filed on or before October 19, 2006. Petitioner Batty's reply to that response will be due on or before November 2, 2006.

Very truly yours,

 /s/
Edward J. Kelley
Assistant Attorney General
Bar No. 27039

cc: Mike Lawlor, Esquire