## Lawlor & Englert, LLC

**6305 Ivy Lane**
**Suite 704**
**Greenbelt, Maryland 20770**
**301.474.3404**
**301.474.3406 (fax)**

November 2, 2006

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

    Per prior Order of Court, Mr. Batty's Reply to Respondents' Response to Supplemental Petitions for Writ of Habeas Corpus, filed on October 19, 2006, was to be filed on November 2, 2006. Yesterday, undersigned counsel's partner, Sicilia Englert, who was assisting counsel with all facets of Mr. Batty's case, went into labor (10 days early) and is now on maternity leave. Due to that slightly unexpected event, counsel for Petitioner requests a short continuance, until November 16, 2006 to prepare the Reply in this case.

    I have discussed this request with Edward J. Kelly, Esquire, Assistant Attorney General, counsel for Respondents. Mr. Kelly has authorized me to state that Respondents do not object to this request for a continuance.

    Thank you for your attention to this matter. If you require additional information, please feel free to contact us.

                                                       Sincerely,

                                                       /S

                                                       Michael E. Lawlor

cc:    Edward J. Kelly, Esq.