## Lawlor & Englert, LLC

**6305 Ivy Lane**
**Suite 704**
**Greenbelt, Maryland 20770**
**301.474.3404**
**301.474.3406 (fax)**

November 27, 2006

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

    Per prior Order of Court, Mr. Batty's Reply to Respondents' Response to Supplemental Petitions for Writ of Habeas Corpus was to be filed on November 22, 2006. Please treat this letter as a request for a brief continuance, until December 1, 2006 to prepare the Reply in this case. Counsel had to prepare for a contested evidentiary hearing that took place today in front of Judge Titus. As the Court was advised in early correspondence, undersigned counsel's partner is currently on maternity leave.

    I have discussed this request with Edward J. Kelly, Esquire, Assistant Attorney General, counsel for Respondents. Mr. Kelly has authorized me to state that Respondents do not object to this request for a continuance.

    I apologize for the perpetual delays and assure the Court this will be the final postponement. Thank you for your attention to this matter. If you require additional information, please feel free to contact us.

    Sincerely,

    /S

    Michael E. Lawlor

cc:    Edward J. Kelly, Esq.