J. JOSEPH CURRAN, JR.  
**Attorney General**



DONNA HILL STATON  
**Deputy Attorney General**

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.

(410) 576-6475

WRITER'S DIRECT DIAL NO.

(410) 576-7964

June 19, 2007

The Honorable J. Frederick Motz  
United States District Court  
 for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland  21201

        Re:  *Batty v. Peguese, et al.*  
            Civil Action No. JFM-03-335

Dear Judge Motz:

    Respondents are in receipt of Petitioner Batty's seven-page letter detailing his theory as to why he is entitled to an evidentiary hearing in this Court on one claim that he was permitted to litigate fully in state court and on two claims he did not pursue in state court despite opportunity to do so.  Respondents disagree strongly with the position outlined by Batty in his letter to this Court and request that they be given until July 3, 2007, to file an appropriate response.

                          Very truly yours,

                          /s/  
                        Edward J. Kelley  
                        Assistant Attorney General  
                        Bar No. 27039

EJK  
cc: Michael Lawlor, Esquire