**Circuit Court For Baltimore City**
111 N. Calvert St. - Room 462
Baltimore, Md. 21202

RECEIVED
2000 FE 14 PM 2:28
CIRCUIT COURT
BALTIMORE CITY
CRIMINAL SUMMONS UNIT

NOTE: STAMPED SUBPOENA IS NOT TO BE USED TO OBTAIN MEDICAL RECORDS FROM HOSPITALS.

Case Number PC 8165 (post conviction)
195074002-03
( ) Civil

Louis Batty    Vs.   State of Maryland
PETITIONER           RESPONDENT

## SUBPOENA

TO: AHMET HISIM, Asst. State's Atty, Rm. 426 Courthouse East, 100 N. Calvert St., Balto MD 21202

YOU ARE HEREBY COMMANDED TO: ( ) Personally appear; ( ) Produce documents and or objects only; (X) Personally appear and produce documents or objects;

at  Rm. 430C (Judge Joseph P. McCurdy), COurthouse East, 111 N. Calvert St.,
    (Place where attendance is required)
    Baltimore, MD 21202

on Tuesday  the 29th  day of February, 19 2000, at 2:00 PM a.m./p.m.

YOU ARE COMMANDED TO produce the following documents or objects:
the State's Attorney's complete file, including but not limited to, investigative materials, interview notes, plea agreements, plea negotiation notes, state's attorney file notes, copies of subpoenas, discovery materials, and all related materials in the following case: State v. Corey Gaskins #596208005, 06, plea-11/26/96

TRUE COPY

Subpoena requested by (X) Plaintiff ( ) Defendant; and any questions should be referred to:
Petitioner
Lindsay Waite, Asst. Public Defender, 300 W. Preston St., Balto. MD 21201
(Name of Party or Attorney, Address and Phone Number)

Date Issued February 14, 2000

FRANK M. CONAWAY, CLERK
(Signature & Seal)

NOTICE:
1. YOU ARE LIABLE TO BODY ATTACHMENT AND FINE FOR FAILURE TO OBEY THIS SUBPOENA.
2. This subpoena shall remain in effect until you are granted leave to depart by the Court or by an officer acting on behalf of the Court.
3. If this subpoena is for attendance at a deposition and the party served is an organization, notice is hereby given that the organization must designate a person to testify pursuant to Rule 2-412(d).

## SHERIFF'S RETURN

( )-Served and copy delivered on date indicated below.
( )-Unserved, by reason of _____

EXHIBIT NO. 1
Civil Action No. JFM-03-335

Date: _____ Fee: $ _____    _____
                                Sheriff

Original and one copy needed for each witness
CC-30

2/14/00

MARYLAND RELAY SERVICE VOICE 1-800-735-2258

FRANK M. CONAWAY, CLERK
Circuit Court For Baltimore City

111 N. Calvert St. - Room 462
Baltimore, Md. 21202

RECEIVED

2000 FEB -1 ... THIS STAMPED SUBPOENA IS NOT TO BE USED TO OBTAIN
MEDICAL RECORDS FROM HOSPITALS

CIRCUIT COURT
BALTIMORE CITY
CRIMINAL SUMMONS UNIT

195074002-03
Case Number OBTAIN PC # 8165

(Post conviction)

Louis Batty  Vs.  State of Maryland
PETITIONER        RESPONDENT

( ) Civil

27

## SUBPOENA

TO: Angela Shelton, Asst. Public Defender, 201 St. Paul St., 4th Floor, Balto., MD 21202

YOU ARE HEREBY COMMANDED TO: ( ) Personally appear; ( ) Produce documents and or objects only;
(X) Personally appear and produce documents or objects;

at Rm. 430C (Judge Joseph P. McCurdy), Courthouse East, 111 N. Calvert Street,
(Place where attendance is required)
Baltimore, MD 21202

on Tuesday the 29th day of February x19 2000, at 2:00 PM a.m./p.m.

YOU ARE COMMANDED TO produce the following documents or objects:

the Petitioner's complete file in criminal case no. 195074002-03-04

Subpoena requested by (X) Plaintiff; ( ) Defendant; and any questions should be referred to:
                          /Petitioner
Lindsay Waite, Asst. Public Defender, 300 W. Preston St., Balto, MD 21201
(410) 767-4816          (Name of Party or Attorney, Address and Phone Number)

TRUE COPY
TEST

Date Issued February 1, 2000
_____ CLERK
FRANK M. CONAWAY, CLERK
(Signature & Seal)

NOTICE:
1. YOU ARE LIABLE TO BODY ATTACHMENT AND FINE FOR FAILURE TO OBEY THIS SUBPOENA.
2. This subpoena shall remain in effect until you are granted leave to depart by the Court or by an officer acting on behalf of the Court.
3. If this subpoena is for attendance at a deposition and the party served is an organization, notice is hereby given that the organization must designate a person to testify pursuant to Rule 2-412(d).

### SHERIFF'S RETURN

(X)-Served and copy delivered on date indicated below.
( )-Unserved, by reason of _____
Date: 2/8/00    Fee: $ _____
                                    John Anderson
                                    Sheriff
Original and one copy needed for each witness
CC-30

FRANK M. CONAWAY
Circuit Court For Baltimore City

111 N. Calvert St. - Room 462
Baltimore, Md. 21202

RECEIVED

2000 FEB -1 PM 4:56
CIRCUIT COURT
BALTIMORE CITY
CRIMINAL SUMMONS UNIT

NOTE: STAMPED SUBPOENA IS NOT TO BE USED TO OBTAIN MEDICAL RECORDS FROM HOSPITALS.

195074002-03

Case Number PC #8165 (post conviction)

Louis Batty        vs.   State of Maryland                ( ) Civil
PETITIONER               RESPONDENT

## SUBPOENA   27

TO: Carolyn Stark Saxon, Asst. State's Attorney, Rm. 454 Mitchell Court House, Balto. MD

YOU ARE HEREBY COMMANDED TO: ( ) Personally appear;  ( ) Produce documents and or objects only;
(X) Personally appear and produce documents or objects;

at  Rm. 430C (Judge Joseph P. McCurdy), Courthouse East, 111 N. Calvert Street,
    Baltimore, MD 21202
    (Place where attendance is required)

on  Tuesday  the  29th  day of  February  , 2000 , at 2:00 PM a.m./p.m.

YOU ARE COMMANDED TO produce the following documents or objects:

the State's Attorney's complete file in the Petitioner's criminal trial in case no. 195074002-03-04, including but not limited to, investigative materials, interview notes, plea agreements, plea negotiation notes, state's attorney's file notes, copies of subpoenas, discovery material, and all related materials.

TRUE COPY

Subpoena requested by  (X) Plaintiff;  ( ) Defendant; and any questions should be referred to:
                       /Petitioner
Lindsay Waite, Asst. Public Defender, 300 W. Preston St. Balto MD 21201
(410) 767-4816    (Name of Party or Attorney, Address and Phone Number)

Date Issued  February 1, 2000

[FRANK M. CONAWAY, CLERK]                                    (Signature & Seal)

NOTICE:

1. YOU ARE LIABLE TO BODY ATTACHMENT AND FINE FOR FAILURE TO OBEY THIS SUBPOENA.
2. This subpoena shall remain in effect until you are granted leave to depart by the Court or by an officer acting on behalf of the Court.
3. If this subpoena is for attendance at a deposition and the party served is an organization, notice is hereby given that the organization must designate a person to testify pursuant to Rule 2-412(d).

### SHERIFF'S RETURN

(X)-Served and copy delivered on date indicated below.
( )-Unserved, by reason of _____

Date: 2/8/00   Fee: $ _____

John Anderson
Sheriff

Original and one copy needed for each witness
CC-30

MARYLAND RELAY SERVICE VOICE: 1-800-735-2258

FRANK M. CONAWAY, CLERK
Circuit Court For Baltimore City

RECEIVED

111 N. Calvert St. - Room 462
Baltimore, Md. 21202

2000 FEB -4 PM 3:57

CIRCUIT COURT
BALTIMORE CITY
CRIMINAL SUMMONS UNIT

**NOTE: STAMPED SUBPOENA IS NOT TO BE USED TO OBTAIN MEDICAL RECORDS FROM HOSPITAL**

Case Number 195074002-03
PC # 8165
(Post conviction)

Louis Batty          Vs.    State of Maryland              ( ) Civil
PETITIONER                  RESPONDENT

## SUBPOENA

TO: Angela Shelton, Asst. Public Defender, 201 St. Paul St., 4th Floor, Balto., MD 21202

YOU ARE HEREBY COMMANDED TO: ( ) Personally appear; ( ) Produce documents and or objects only;
(X) Personally appear and produce documents or objects;

at Rm. 430C (Judge Joseph P. McCurdy), Courthouse East, 111 N. Calvert Street,
(Place where attendance is required)
Baltimore, MD 21202

on Tuesday the 29th day of February, 2000, at 2:00 PM a.m./p.m.

YOU ARE COMMANDED TO produce the following documents or objects:

the Petitioner's complete file in criminal case no. 195074002-03-04

Subpoena requested by (X) Plaintiff; ( ) Defendant; and any questions should be referred to:
/Petitioner

Lindsay Waite, Asst. Public Defender, 300 W. Preston St., Balto., MD 21201
(410) 767-4816
(Name of Party or Attorney /Address and Phone Number)

TRUE COPY
TEST

Date Issued February 1, 2000

CLERK
FRANK M. CONAWAY, CLERK
(Signature & Seal)

NOTICE:
1. YOU ARE LIABLE TO BODY ATTACHMENT AND FINE FOR FAILURE TO OBEY THIS SUBPOENA.
2. This subpoena shall remain in effect until you are granted leave to depart by the Court or by an officer acting on behalf of the Court.
3. If this subpoena is for attendance at a deposition and the party served is an organization, notice is hereby given that the organization must designate a person to testify pursuant to Rule 2-412(d).

### SHERIFF'S RETURN

( )-Served and copy delivered on date indicated below.
( )-Unserved, by reason of _____

Date: _____ Fee: $ _____ _____
                                    Sheriff

Original and one copy needed for each witness
CC-30

MARYLAND RELAY SERVICE VOICE 1-800-735-2258

FRANK M. CONAWAY, CLERK
Circuit Court For Baltimore City

111 N. Calvert St. - Room 462
Baltimore, Md. 21202

RECEIVED
2000 FE -1 PM 1:55
BALTIMORE CITY
CRIMINAL SUMMONS UNIT

195074002-03

COURT STAMPED SUBPOENA IS NOT TO BE USED TO OBTAIN
MEDICAL RECORDS FROM HOSPITALS.

Case Number PC #8165 (post conviction)

Louis Batty    Vs.    State of Maryland    ( ) Civil
PETITIONER              RESPONDENT

## SUBPOENA

TO: Carolyn Stark Saxon, Asst. State's Attorney, Rm. 454 Mitchell Court House, Balto.MD
    YOU ARE HEREBY COMMANDED TO: ( ) Personally appear; ( ) Produce documents and or objects only; 21202
(X) Personally appear and produce documents or objects;

at Rm. 430C (Judge Joseph P. McCurdy), Courthouse East, 111 N. Calvert Street,
   (Place where attendance is required)
Baltimore, MD  21202

on Tuesday the 29th day of February, 2000 at 2:00 PM a.m./p.m.

YOU ARE COMMANDED TO produce the following documents or objects:

the State's Attorney's complete file in the Petitioner's criminal trial in case
no. 195074002-03-04, including but not limited to, investigative materials, interview
notes, plea agreements, plea negotiation notes, state's attorney's file notes,
copies of subpoenas, discovery material, and **TRUE COPY** all related materials.

Subpoena requested by (XX) Plaintiff; ( ) Defendant; and any questions should be referred to:
                         /Petitioner
Lindsay Waite, Asst. Public Defender, 300 W. Preston St., Balto. MD 21201
(410) 767-4816   (Name of Party or Attorney, Address and Phone Number)

Date Issued February 1, 2000

FRANK M. CONAWAY, CLERK          (Signature & Seal)

NOTICE:
1. YOU ARE LIABLE TO BODY ATTACHMENT AND FINE FOR FAILURE TO OBEY THIS SUBPOENA.
2. This subpoena shall remain in effect until you are granted leave to depart by the Court or by an officer acting on behalf of the Court.
3. If this subpoena is for attendance at a deposition and the party served is an organization, notice is hereby given that the organization must designate a person to testify pursuant to Rule 2-412(d).

### SHERIFF'S RETURN

( )-Served and copy delivered on date indicated below.
( )-Unserved, by reason of _____

Date: _____ Fee: $ _____
                              Sheriff
Original and one copy needed for each witness
CC-30

MARYLAND RELAY SERVICE VOICE 1-800-735-2258