## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 6, 2007

    MEMO TO COUNSEL RE: Louis Batty v. James V. Peguese, et al.
                           Civil No. JFM-03-335

Dear Counsel:

    A hearing on petitioner's request for an evidentiary hearing will be held on October 12, 2007 at 9:30 a.m. in courtroom 5A.

                                      Very truly yours,

                                      /s/

                                      J. Frederick Motz
                                      United States District Judge