IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS BATTY, #507566,　　　　　　　　＊

　　　　Petitioner,　　　　　　　　　　＊

　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. JFM-03-335

v.　　　　　　　　　　　　　　　　　＊

JAMES V. PEGUESE, WARDEN, et al.,　＊

　　　　Respondents.　　　　　　　　　＊

　　　　　　　　　＊　＊　＊　＊　＊

## ORDER

The foregoing Motion to Stay and Hold Habeas Corpus Proceedings in Abeyance Pending the Exhaustion of State Remedies, having been read and considered, it is this _____ day of _____, 2007, by the United States District Court for the District of Maryland,

ORDERED, that the Motion is GRANTED, and these proceedings will be stayed pending the exhaustion of Petitioner's state court remedies, and it is further

ORDERED that Petitioner and Respondents SHALL FURNISH this Court a report, every 90 days, informing as to the status of Petitioner's state court proceedings.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge