DOUGLAS F. GANSLER
*Attorney General*

KATHERINE WINFREE
*Chief deputy attorney general*

JOHN B. HOWARD
*Deputy Attorney General*



# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.

(410) 576-6475

WRITER'S DIRECT DIAL NO.

(410) 576-7964

December 14, 2007

The Honorable J. Frederick Motz
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

        Re:  *Batty v. Peguese, et al.*
            Civil Action No. JFM-03-335

Dear Judge Motz:

     A conference call in the above-captioned case is scheduled for 9:30 a.m. on December 20, 2007.  Pursuant to this Court's letter of December 4, 2007, undersigned counsel is in the process of considering all available options and consulting with relevant parties; however, additional time is needed to continue these discussions.  Additionally, there exists the matter of Respondents' pending motion to stay these proceedings, which counsel for Batty has stated he intends to oppose.

     It is requested that the conference call be rescheduled to January 10, 2008, a date both counsel are available.  Counsel for Batty has stated that he has no objection to this request under the circumstances.

                   Very truly yours,

                   /s/
                 Edward J. Kelley
                 Assistant Attorney General
                 Bar No. 27039

cc: Michael Lawlor, Esquire