UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 17, 2007

MEMO TO COUNSEL RE: Louis Batty v. James V. Peguese, et al.
Civil No. JFM-03-335

Dear Counsel:

I am in receipt of Mr. Kelley's letter of December 14, 2007, for which I thank him.

In accordance with your joint request, the scheduling conference set for 9:30 a.m. on December 20, 2007 is canceled. The conference is rescheduled to 9:30 a.m. on January 10, 2008.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge