DOUGLAS F. GANSLER
*Attorney General*

KATHERINE WINFREE
*Chief deputy attorney general*

JOHN B. HOWARD
*Deputy Attorney General*



# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.

(410) 576-6475

WRITER'S DIRECT DIAL NO.

(410) 576-7964

January 4, 2008

The Honorable J. Frederick Motz
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

          Re:  *Batty v. Peguese, et al.*
             Civil Action No. JFM-03-335

Dear Judge Motz:

    Respondents have filed today their reply to Petitioner Louis Batty's response to Respondents' request for a stay and abeyance of the above-captioned case pending exhaustion of Petitioner Batty's unexhausted claims.  The filing of this reply makes the stay issue ripe for determination by this Court.

    As per this Court's Memo to Counsel, Respondents are in the process of resolving the appropriate course to pursue in this case, but that course depends necessarily on this Court's resolution of the pending request for a stay.  Respondents therefore request that the conference call now scheduled for January 10, 2008, be rescheduled to a date convenient to the Court that is at least one week after this Court rules on the stay request.

                                   Very truly yours,

                                   /s/
                                 Edward J. Kelley
                                 Assistant Attorney General
                                 Bar No. 27039

cc: Michael Lawlor, Esquire