UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 4, 2008

MEMO TO COUNSEL RE: Louis Batty v. James V. Peguese, et al.
Civil No. JFM-03-335

Dear Counsel:

I am in receipt of Mr. Kelley's letter of January 4, 2008.

I understand and appreciate the reasons that Mr. Kelley requests a postponement of the conference call scheduled for January 10, 2008. However, it might be helpful for me to have a brief discussion with you before I rule upon Respondents' pending request for a stay. Therefore, the conference will go forward.

Incidentally, because it appears that the trial I have scheduled next week will go forward, I would prefer to hold the telephone conference in this case at 9:15 rather than 9:30. Unless I hear from you to the contrary by noon on Tuesday, January 8, 2008, I will assume that this change in time is acceptable to you.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge