# Lawlor & Englert, LLC

6305 Ivy Lane
Suite 704
Greenbelt, Maryland 20770
301.474.3404
301.474.3406 (fax)

January 7, 2008

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

    We are in receipt of Respondents' latest filing, their letter to the Court and the Court's letter to both parties. Please be advised that Petitioner intends to reply to Respondents latest pleading on the stay issue. In light of the conference call scheduled for January 10, 2008, we intend to file something with the Court by the close of business on the 9th.

    Thank you for your attention to this matter.

                                                  Sincerely,

                                                  /S

                                                  Michael E. Lawlor

cc:    Edward J. Kelly, Esq.