IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS BATTY                                  *
                                             *
         v.                                  *   Civil No. JFM-03-335
                                             *
JAMES V. PEGUESE, WARDEN, ET AL.             *
                                          *****

ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 25th day of January 2008

ORDERED

1. Respondents' Motion To Stay And Hold Federal Habeas Corpus Proceedings In Abeyance Pending Exhaustion Of State Remedies is granted;

2. The parties are directed to provide a status report to the Court every 45 days; and

3. This action is stayed, subject to further order of this Court.


/s/_____
J. Frederick Motz
United States District Judge