## Lawlor & Englert, LLC

6305 Ivy Lane
Suite 704
Greenbelt, Maryland 20770
301.474.3404
301.474.3406 (fax)

April 11, 2008

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

    Per the Court's request for a regular status report in the above-captioned case, I write to advise the Court that Mr. Batty has filed his Motion to Reopen in the Circuit Court for Baltimore City, Maryland. The matter has not yet been assigned to a Judge (the original post-conviction Judge, Judge McCurdy, has retired) nor has the State responded to the Motion. However, Mr. Kelley and I spoke yesterday by phone and it his understanding that the matter will be assigned to a Judge in the near future.

    I will keep the Court advised of all progress with the case. Thank you for your attention to this matter.

                                  Sincerely,

                                  S/

                                  Michael E. Lawlor

cc:    Edward J. Kelley, Esquire