# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF  
J. FREDERICK MOTZ  
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET  
BALTIMORE, MARYLAND 21201  
(410) 962-0782  
(410) 962-2698 FAX

April 22, 2008

    MEMO TO COUNSEL RE: Louis Batty v. James V. Peguese, et al.  
                               Civil No. JFM-03-335

Dear Counsel:

      I am in receipt of Mr. Lawlor's letter of April 11, 2008, for which I thank him.

      Please provide me with a further status report on or before June 24, 2008.

                                       Very truly yours,

                                       /s/

                                       J. Frederick Motz  
                                       United States District Judge