**Lawlor & Englert, LLC**
6305 Ivy Lane
Suite 608
Greenbelt, Maryland 20770
301.474.3404
301.474.3406 (fax)

June 24, 2008

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

 Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

 Per the Court's request for a regular status report in the above-captioned case, I write to advise the Court that Judge Pamela White has ordered a hearing on Mr. Batty's Motion to Reopen. The hearing is scheduled for July 3, 2008 at 9:30 a.m. in the Circuit Court for Baltimore City, Maryland. My understanding is that Judge White will not be hearing evidence that day, but rather argument on whether to grant the Motion to Reopen and hold an evidentiary hearing.

 I will keep the Court advised of all progress with the case. Thank you for your attention to this matter.

            Sincerely,

            S/

            Michael E. Lawlor

cc: Edward J. Kelley, Esquire