## Lawlor & Englert, LLC

6305 Ivy Lane
Suite 608
Greenbelt, Maryland 20770
301.474.3404
301.474.3406 (fax)

July 7, 2008

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

    On July 3, 2008, Judge White of the Circuit Court for Baltimore City, Maryland, held a hearing on Mr. Batty's Motion to Reopen his post-conviction case. At that time, with the consent of the State, Judge White ordered an evidentiary hearing to be held on the Motion. That hearing is scheduled for August 27-29, 2008.

    I will keep the Court advised of all progress with the case. Thank you for your attention to this matter.

                                          Sincerely,

                                          S/

                                          Michael E. Lawlor

cc:    Edward J. Kelley, Esquire