# Lawlor & Englert, LLC

**6305 Ivy Lane**
**Suite 608**
**Greenbelt, Maryland 20770**
**301.474.3404**
**301.474.3406 (fax)**

July 24, 2008

Honorable J. Frederick Motz
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re: *Batty v. Peguese*, Civil Action No. 03-335

Dear Judge Motz:

    Earlier today, based on an agreement between the parties, Judge White vacated Mr. Batty's convictions and sentences in this case. Immediately thereafter, Mr. Batty entered an *Alford* plea to one count of second degree murder and one count of use of handgun during the commission of a crime of violence. He was sentenced to twenty years' incarceration, all but time served suspended, credit from March 15, 1995, and two years of probation.

    Mr. Batty was released from the Courthouse and is home now with his mother and family.

    Thank you for all of your assistance and guidance in this case and for permitting us to advocate on Mr. Batty's behalf. As the matter is now concluded, I will file early next week a Motion to Dismiss the federal habeas case.

                                                   Sincerely,

                                                   S/

                                                 Michael E. Lawlor

cc:    Edward J. Kelley, Esquire