IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LOUIS BATTY,** | * | |
| Petitioner | * | |
| v. | * | Civil No.  JFM-03-335 |
| **JAMES V. PEGUESE, WARDEN, et al.** | * | |
| Respondents | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

Comes Now the Petitioner, Louis Batty, and moves to dismiss his previously filed Petition for a Writ of Habeas Corpus and in support of the Motion, states as follows:

1. Petitioner filed in this Court, on February 3, 2003, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, which was later Supplement by appointed counsel.

2. In January, 2008, the Court stayed the habeas case at Respondents' request, pending exhaustion of some claims in State court.

3. Petitioner thereafter filed, in the Circuit Court for Baltimore City, Maryland, a Motion to Reopen his previously litigated post-conviction case.

4. On July 24, 2008, at the suggestion of Mr. Batty and the State, the Court

granted Mr. Batty's Motion and vacated the convictions that formed the basis for the habeas petition in this Court.

5. As Mr. Batty's convictions have been vacated, his habeas claims are now moot and he requests that the Court therefore dismiss his habeas petition.

WHEREFORE, Mr. Batty urges the Court to dismiss his Petition for a Writ of Habeas Corpus.

Respectfully submitted,

S/_____
Michael E. Lawlor
Lawlor & Englert, LLC
6305 Ivy Lane
Suite 608
Greenbelt, Maryland 20770
301.474.3404

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2008, a copy of the foregoing Reply was delivered, via ECF, to Edward J. Kelly, Esquire, Office of the Attorney General, Criminal Appeals Division, 200 Saint Paul Place, Baltimore, Maryland 21202.

S/_____
Michael E. Lawlor