IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS BATTY, #507566,  \*
    Petitioner
                                                      \*
  v.                                     CIVIL ACTION NO. JFM-03-335
                                                      \*
JAMES V. PEGUESE, WARDEN, *et al.,*
    Respondents                               \*

## **O R D E R**

In accordance with petitioner's motion to dismiss, the above-captioned habeas corpus action is hereby dismissed as moot.

It is so ordered this 29th day of July, 2008.

                                                                     _/s/_____
                                                                       J. Frederick Motz
                                                                       United States District Judge